UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES BLAKES,

    Petitioner,                                        Case No.  1:09-CV-718

v.                                                 HON. GORDON J. QUIST

DEBRA SCUTT,

    Respondent.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation by the United States Magistrate Judge in this action, which was served on Petitioner on November 29, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).[1]

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 28, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.

Dated:  January 5, 2012                                          /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE

---

[1] The docket report in this case shows that the copy of the Report and Recommendation mailed to Petitioner was returned to the Clerk's office marked "Return to Sender."  It appears that Petitioner has been paroled.  A petitioner has a continuing obligation to keep the court informed of his current address.  *See Prea v. Battaista*, No. 91 Civ. 1171 (TPG), 1993 WL 97423 (S.D.N.Y. Mar. 30, 1993).  Petitioner failed to comply with this obligation.